| | |
|---|---|
| 1 | Katherine G. Rubschlager (SBN 328100) |
| | Email:   katherine.rubschlager@alston.com |
| 2 | **ALSTON & BIRD LLP** |
| | 1950 University Avenue, Suite 430 |
| 3 | East Palo Alto, CA 94303 |
| | T:  650-838-2000 |
| 4 | F:  650-838-2001 |
| 5 | M. Scott Stevens (*pro hac vice* forthcoming) |
| | Email:   scott.stevens@alston.com |
| 6 | **ALSTON & BIRD LLP** |
| | 101 South Tryon Street |
| 7 | Bank of America Plaza |
| | Suite 4000 |
| 8 | Charlotte, NC 28280 |
| | T:  704-444-1000 |
| 9 | F:  704-444-1111 |

*Attorneys for Defendants STMicroelectronics, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *IN RE SUBPOENA TO INTEL CORP.*<br><br>Served in case:<br><br>*The Trustees of Purdue University vs. STM Microelectronics N.V., et al.,* Case No. 6:21-cv-00727-ADA (WDTX) | Misc. Case No.<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

In accordance with Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant ST Microelectronics, Inc. states the following:

- STMicroelectronics, Inc. is an indirect wholly-owned subsidiary of STMicroelectronics, N.V., which is a publicly-traded company.

Dated:  May 5, 2022

BY:  */s/ Katherine G. Rubschlager*

Katherine G. Rubschlager (SBN 328100)
Email:   katherine.rubschlager@alston.com
**ALSTON & BIRD LLP**
1950 University Avenue, Suite 430
East Palo Alto, CA 94303
T:  650-838-2000
F:  650-838-2001

M. Scott Stevens (*pro hac vice* forthcoming)
Email:   scott.stevens@alston.com
**ALSTON & BIRD LLP**
101 South Tryon Street
Bank of America Plaza
Suite 4000
Charlotte, NC 28280
T:  704-444-1000
F:  704-444-1111

*Attorneys for Defendant
STMicroelectronics, Inc.*